MANUFACTURERS TRUST COMPANY, Successor by Merger to Mortgage Corporation of New York, as Trustee under a Declaration of Trust Dated March 30, 1939, for the Benefit of Certificate Holders in Guarantee No. 171,040 of Bond and Mortgage Guarantee Company, Respondent, v. HELEN G. HOGUET et al., Appellants, et al., Defendants.— In a foreclosure action, order and judgment

(one paper), confirming the report of an official referee, which fixed the value of the mortgaged premises at $40,000, and awarding plaintiff a deficiency judgment of $4,218.22, unanimously affirmed, with costs. No opinion. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Aldrich, JJ.